**Yong I. FENLON, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2013–3139.

United States Court of Appeals, Federal Circuit.

Nov. 14, 2013.

Yong I. Fenlon, Carlsbad, CA, pro se.

Devin Andrew Wolak, Esq., Trial Attorney, Department of Justice, Washington, DC, for Respondent.

Before RADER, Chief Judge, NEWMAN, and DYK, Circuit Judges.

## ORDER

PER CURIAM.

ORDER IT IS ORDERED THAT:

The petition for review is hereby dismissed as moot.